■ ERHAL HOLDING CORP., Respondent, v JOHN A. KEEFFE et al., Appellants, et al., Defendants. — Appeal from an order of the Supreme Court, Westchester County (Leggett, J.), entered November 7, 1980, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court dated November 7, 1980, affirmed. No opinion. Plaintiff is awarded one bill of costs. Damiani, J.P., Titone, Lazer and Gibbons, JJ., concur.